IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| ALEX R. ALLSOP, | **DISMISSAL ORDER &** |
| --- | --- |
| Plaintiff, | **MEMORANDUM DECISION** |
| v. | Case No. 2:13-CV-970 TS |
| UTAH DEP'T OF CORRS et al., | District Judge Ted Stewart |
| Defendants. | |

Plaintiff filed a prisoner civil rights complaint,[1] and was granted *in forma pauperis* status.[2] On October 31, 2013, the Court ordered Plaintiff to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined."[3] Plaintiff was granted an extension until January 3, 2014, to file the statement. Then, on December 17, 2013, he asked for another thirty-day extension. It has now been well over the (second) extra thirty days, yet the Court has not again heard from Plaintiff.

---

[1] *See* 42 U.S.C.S. § 1983 (2013).

[2] *See* 28 *id.* § 1915.

[3] *See id.* § 1915(a)(2).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's case is DISMISSED without prejudice.  This case is CLOSED.

DATED this 10th day of February, 2014.

BY THE COURT:

_____
CHIEF JUDGE TED STEWART
United States District Court